UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV-16-8014-R** <br> **USBC Central District of California Los Angeles,** <br> **2:13-bk-10751-SK; 2:15-ap-1408-SK-10231MT** | Date | March 7, 2017 |
|---|---|---|---|
| Title | **In re Mary A. Flowers** | | |

| Present: The Honorable | MANUEL L. REAL, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Christine Chung | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

not present                                                    not present

**Proceedings:**     **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On February 3, 2017, a Certificate of Readiness and Completion of Record was issued setting the opening brief to be filed and served by March 6, 2017. To date Appellant has failed to comply. Accordingly, Appellant is hereby ordered to show cause in writing by not later than **March 14, 2017** why this action should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Apellant's opening brief to be filed and served.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order will result in the dismissal of the action.

_____ : 00

Initials of Preparer          cch