**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Mary A. Flowers<br><br>Mary A. Flowers,<br>        Appellant,<br><br>        v.<br><br>Schorr Law, A Professional Corporation,<br><br>        Appellee. | NO. CV 16-8014-R<br><br>USBC Central District of California Los Angeles, 2:13-bk-10751-SK; 2:15-ap-1408-SK<br><br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

On February 3, 2017, a Certificate of Readiness and Completion of Record was issued in this case, setting the opening brief to be filed and served by March 6, 2017. Appellant failed to timely submit her opening brief by March 6, 2017. On March 7, 2017, the Court ORDERED the Appellant to show cause in writing no later than March 14, 2017 why this action should not be dismissed for lack of prosecution. In response to the Order to Show Cause, on March 10, 2017, the Appellant submitted an "Extension of Time to File Brief Order to Show Cause Re Dismissal For Lack of Prosecution Civil Minutes (Reply to)" (Dckt. No. 22) ("Request") requesting for additional time to file her brief for the reasons as stated in the Appellant's Request. No good cause was shown, and Appellant's Request for an extension was DENIED.

/ / /

/ / /

1 | WHEREAS Appellant was ordered to show cause in writing by not later than **March 14, 2017,** why this action should not be dismissed for lack of prosecution for Appellant's failure to timely file her opening briefs;

WHEREAS the period elapsed without any opening briefs filed by the Appellant or any good cause to warrant an extension;

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: June 8, 2017

                                  HON. MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE